ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Honeywell International, Inc. | ) ASBCA No. 63636 |
| | ) |
| Under Contract No. 00000-00-0-0000 | ) |

APPEARANCES FOR THE APPELLANT:  Nicole J. Owren-Wiest, Esq.
Erin N. Rankin, Esq.
William M. Tucker, Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Samuel W. Morris, Esq.
  DCMA Chief Trial Attorney
Matthew D. Bordelon, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 16, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63636, Appeal of Honeywell International, Inc., rendered in conformance with the Board's Charter.

Dated:  January 16, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals